IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| RUBEN HERNANDEZ, | **COMPLAINT** |
| Plaintiff, | |
| v. | |
| HARRIS & HARRIS, LTD., | Civil Action No. |
| Defendant. | **JURY TRIAL DEMANDED** |

_____

## COMPLAINT

### I. INTRODUCTION

1. This action is brought by Plaintiff Ruben Hernandez for statutory damages against Defendant Harris & Harris, Ltd. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Venue is proper in this district as all relevant events took place here.

### III. PARTIES

3. Plaintiff Ruben Hernandez is an individual who resides in Crest Hill, Illinois.

4. Mr. Hernandez is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5. Defendant Harris & Harris, Ltd. ("Harris") is a corporation organized under the laws of the State of Illinois with the mailing address 600 West Jackson Boulevard, Suite 400,

Chicago, Illinois 60661.

6. Harris is engaged in the collection of debts from Illinois consumers using the mail and telephone.

7. Harris regularly attempts to collect consumer debts alleged to be due to another.

8. Harris is licensed by the State of Illinois as a Collection Agency, License Number 017000152.

9. Harris was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV. FACTUAL ALLEGATIONS

10. On or about May 11-12, 2007, Mr. Hernandez sought medical treatment and/or services from Advocate-Lutheran General Hospital.

11. Due to the medical treatment and/or services provided by Advocate-Lutheran General Hospital, Mr. Hernandez incurred an alleged debt in the amount of $1,975.00 to Advocate-Lutheran General Hospital (hereinafter referred to as "the Debt").

12. Mr. Hernandez did not pay the Debt because it was covered by his employer's workers' compensation insurance.

13. The Debt was due on the date of service.

14. Harris obtained the Debt after it allegedly entered default.

15. Harris obtained the Debt on or around February 4, 2008.

16. On or about February 7, 2008, Harris arranged for the preparation and transmittal of a letter to Mr. Hernandez at his residence in an attempt to collect the Debt. Harris's February 7, 2008, correspondence to Mr. Hernandez is attached hereto as Exhibit A.

17. <u>Exhibit A</u> contains,

> Dear Ruben Hernandez:
>
> ADVOCATE-LUTHERAN GENERAL, has placed your account with us for collection. In most cases your insurance carrier has already been billed and has either paid their portion or denied coverage. This account is your responsibility. We are requesting your payment in full. Payment may be made by check over the phone or by credit card. Please contact us to pay this account or notify us, in writing, of any dispute as outlined below.
>
> If you would like to request an itemized bill you may call our Customer Service Center at (866) 850-4915, request an itemized statement using Advocate Healthcare's automated patient accounting system by dialing 847-723-2399 or visit Advocate Healthcare on the web to request an itemized statement or manage your account at www.advocatehealth.com/billpay.

18. <u>Exhibit A</u> later contains the validation notice required by 15 U.S.C. § 1692g(a).

19. <u>Exhibit A</u> was the initial communication from Harris to Mr. Hernandez.

20. The Debt was incurred for personal, family, or household purposes, *i.e.*, for medical services and/or treatment.

### V.     COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

22. Defendant's violations of the FDCPA include, but are not limited to:

    A.   using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10);

    B.   communicating or threatening to communicate to any person credit information which is known or which should be known to be false in violation of 15 U.S.C. § 1692e(8); and

      C.    requiring that any dispute of the alleged debt be "in writing" in violation 15 U.S.C. § 1692g(a)(3).

23. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff Ruben Hernandez requests that judgment be entered in his favor against Defendant Harris & Harris, Ltd. for:

      A.    Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

      B.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

      and

      C.    For such other relief as the Court may find to be just and proper.

## VII. JURY DEMAND

Plaintiff Ruben Hernandez hereby demands that this case be tried before a Jury.

     s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF RUBEN HERNANDEZ

# EXHIBIT A

Harris & Harris, Ltd.
P.O. Box 5598
Chicago, IL 60680-5598

# Harris & Harris, Ltd.
600 W. Jackson Blvd., Suite 400
Chicago, IL 60661
(866)850-4915

February 7, 2008

|ı.ılı.ıllı...ıı.ıılll......llı..ılllı....ıll..ı.lı.lı...ıllı.ıl.ıl.ı.ı|
12361768                                    0000011/0001
Ruben Hernandez
1718 Hosmer Ln
Crest Hill, IL 60403-2034

Creditor: ADVOCATE-LUTHERAN GENERAL
Total Amount Due: $1975.00
Admission Date: 05-11-07
Discharge Date: 05-12-07
Service Description: EMERGENCY OBSERVATION

Dear Ruben Hernandez:

ADVOCATE-LUTHERAN GENERAL, has placed your account with us for collection. In most cases your insurance carrier has already been billed and has either paid their portion or denied coverage. This account is your responsibility. We are requesting your payment in full. Payment may be made by check over the phone or by credit card. Please contact us to pay this account or notify us, in writing, of any dispute as outlined below.

If you would like to request an itemized bill you may call our Customer Service Center at (866) 850-4915, request an itemized statement using Advocate Healthcare's automated patient accounting system by dialing 847-723-2399 or visit Advocate Healthcare on the web to request an itemized statement or manage your account at www.advocatehealth.com/billpay.

Thank you for your anticipated cooperation. We look forward to your response!

### FEDERAL LAW

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector. Harris & Harris, Ltd., is a collection agency. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing that the debt, or any portion thereof, is disputed within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

***Detach and Return with Payment***

---

Creditor: ADVOCATE-LUTHERAN GENERAL
Total Amount Due: $1975.00
Account Number: 323570325

Harris & Harris, Ltd.
600 W. Jackson Blvd., Suite 400
Chicago IL 60661

Ruben Hernandez
1718 Hosmer Ln
Crest Hill, IL 60403-2034

VM1A