**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ruben Hernandez
                Plaintiff,

v.	Case No.: 1:08–cv–02654
    Honorable David H. Coar

Harris & Harris, LTD.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable David H. Coar:Pursuant to telephonic notice (on 5/29/2008) from Mr. Shapiro, attorney for the plaintiff and Ms. Coreene Heggi (on 5/30/2008), attorney for the defendant, this action is settled. Settlement documents forthcoming.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.