IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBEN HERNANDEZ, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| | Civil Action No. 08-cv-2654 |
| v. | **Judge Coar** |
| HARRIS & HARRIS, LTD., | |
| | **Magistrate Judge Denlow** |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Ruben Hernandez hereby dismisses Defendant Harris & Harris, Ltd. with prejudice and states the following in support:

1. Plaintiff filed his Complaint on May 8, 2008. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Ruben Hernandez hereby dismisses Defendant Harris & Harris, Ltd. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

June 10, 2008          s/ Craig M. Shapiro
                       Craig M. Shapiro
                       O. Randolph Bragg
                       HORWITZ, HORWITZ & ASSOCIATES, LTD..
                       25 East Washington Street Suite 900
                       Chicago, Illinois 60602
                       (312) 372-8822
                       (312) 372-1673  (Facsimile)

                       ATTORNEYS FOR PLAINTIFF